**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000502
09-MAR-2021
09:42 AM
Dkt. 24 OGMD**

NO. CAAP-20-0000502

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ASSOCIATION OF APARTMENT OWNERS OF KULANA,
a Hawaii condominium association, Plaintiff-Appellee, v.
CAMERON BENJAMIN RAYMOND; JOHN and JANE DOES 1-10;
DOE PARTNERSHIPS; DOE CORPORATIONS; DOE GOVERNMENT AGENCIES and
DOE ENTITIES 1-20, Defendants-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 5CC171000034)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of Plaintiff-Appellee Association of Apartment Owners of Kulana's (**Association**) December 1, 2020 Amended Motion to Dismiss (**Motion**), the papers in support, the record, and there being no opposition, it appears that:

(1) On August 6, 2020, self-represented Defendant-Appellant Cameron Benjamin Raymond (**Raymond**) filed the notice of appeal;

(2) On October 8, 2020, and October 9, 2020, the circuit court clerk filed the record on appeal and amended record on appeal, respectively;

(3) On October 8, 2020, the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before October 19, 2020, and November 17, 2020, respectively;

(4) Raymond did not file either document or request an extension of time;

(5) In the instant motion, the Association asks the court to dismiss the appeal because Raymond failed to file the statement of jurisdiction and opening brief;

(6) On December 1, 2020, the appellate clerk notified Raymond that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on December 11, 2020, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Raymond may request relief from default by motion; and

(7) Raymond took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the Motion is granted, and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, March 9, 2021.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge